Mark O'Connor, State Bar No. 157680
 *marko@omlawllp.com*
Steve Mikhov, State Bar No. 224676
 *stevem@omlawllp.com*
Alastair F. Hamblin, State Bar No. 282044
 *alastairh@omlawllp.com*
**O'CONNOR & MIKHOV LLP**
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Tel:   310-552-2250
Fax:   310-552-7973

Jeffrey A. Koncius, State Bar No. 189803
 *koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Attorneys for Plaintiff
LINDA ADAMS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LINDA ADAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-cv-4317-JFW (MRWx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

I, Jeffrey A. Koncius, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Central District of California and I am member of Kiesel Law LLP, co-counsel of record for Plaintiff Linda Adams in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and could testify competently if called upon to do so.

3. I will be lead trial counsel for Plaintiff Linda Adams in this action.

4. My email address is Koncius@kiesel.law

5. I consent to service and receipt of filed documents by electronic means.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed on July 22, 2016 at Beverly Hills, California.

_____
Jeffrey A. Koncius

PROOF OF SERVICE
(F.R.C.P. Rule (b)(2))

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1801 Century Park East, Suite 2300, Los Angeles, CA 90067.

I served the foregoing document described as:

**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**

Said document was served on the interested parties in this action, by placing true copies thereof enclosed in sealed envelopes, with postage prepaid, addressed as follows:

Scott S. Shepardson, Esq.
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
sshepardson@nixonpeabody.com
**Counsel for Defendant,**
**FCA US LLC**

XX   BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 26, 2016 at Los Angeles, California.

　　　　　　　　　　　　　　　　 /s/ Jenifer Mullenix
　　　　　　　　　　　　　　　　JENIFER MULLENIX