Scott S. Shepardson (State Bar No. 197446)
sshepardson@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Telephone (415) 984-8268
Fax (866) 904-6525

Aaron M. Brian (State Bar No. 213191)
abrian@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA  90071-3151
Tel:   (213) 629-6000
Fax:   (213) 629-6001

Attorneys for Defendant
FCA US LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LINDA ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, Inclusive,<br><br>    Defendant. | Case No.:  2:16-cv-04317-JFW-MRW<br><br>**JOINT JUDGMENT** |

On November 16, 206, Defendant FCA US, LLC filed a Motion for Summary Judgment as to all causes of action asserted by Plaintiff Linda Adams.

FCA US's Motion for Summary Judgment was scheduled for hearing on December 19, 2016.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Honorable John F. Walter determined that the Motion for Summary Judgment was appropriate for decision without oral argument.  The matter was removed from the Court's December 19, 2016 calendar and the parties were given advance notice.

1  On December 27, 2016, the Court, having considered the moving papers, the
2  opposing papers and the reply papers and the arguments and evidence therein,
3  issued its ruling granting FCA US's Motion for Summary Judgment for the factual
4  and legal reasons set forth in the Court's Order granting summary judgment.
5  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
6  action be dismissed on the merits and that Defendant FCA US recover costs of suit
7  from Plaintiff pursuant to Federal Rules of Civil Procedure 54.

9  IT IS SO ORDERED.

12  Dated: January 3, 2017  _____
    Hon. John F. Walter
13  District Court Judge
14  United States District Court for the
    Central District of California